UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-21982-CIV-SEITZ

JEAN DORCET HENRY,

    Petitioner,

v.

WARDEN, U.S.P.-ATLANTA,

    Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE'S REPORT, DISMISSING CASE, AND DENYING CERTIFICATE OF APPEALABILITY

Petitioner Jean Dorcet Henry challenges his conviction and sentence for conspiracy to possess cocaine with intent to distribute in Case No. 00-cr-435-Seitz, alleging that his sentence violated *Alleyne v. United States*, 133 S. Ct. 2151 (2013) (any fact that increases a defendant's mandatory minimum sentence must be found by a jury) because the quantity of cocaine increased his minimum sentence even though the jury had made no specific findings as to quantity. Magistrate Judge Patrick A. White determined that the instant petition is successive because it challenges a federal conviction that Petitioner previously challenged in an earlier section 2255 petition. Moreover, it does not qualify for the savings clause of 28 U.S.C. § 2255(e) because *Alleyne* does not apply retroactively on collateral review. *See Jeanty v. Warden, FCI-Miami*, 757 F.3d 1283, 1285 (11th Cir. 2014). Because this petition is successive and Petitioner failed to obtain prior authorization from the Eleventh Circuit before filing it, this Court lacks jurisdiction over it and so must dismiss it. [DE-4.]

Having reviewed, *de novo*, Magistrate Judge White's Report and the record, the Court fully agrees with Judge White's recommendations. Moreover, Petitioner has not objected to Magistrate Judge White's Report, and his time to do so has passed. There is

no basis for a certificate of appealability because Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Jones v. Sec'y, Dep't of Corr.*, 607 F.3d 1346, 1349 (11th Cir. 2010).

Accordingly, it is hereby

ORDERED that

1)   Magistrate Judge White's Report [DE-4] is AFFIRMED and ADOPTED and incorporated by reference into this Court's Order.

2)   This case is DISMISSED WITH PREJUDICE.

3)   Any request for a certificate of appealability is DENIED.

4)   This case is CLOSED for administrative purposes. Any pending motions are DENIED AS MOOT.

DONE AND ORDERED in Miami, Florida, this 18th day of September, 2014.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE